UNITED STATES DISTRICT COURT
District of Minnesota

420929

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-1604 RHK/JMM**
**Affidavit of Movant**

I, Ann Cathcart Chaplin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Steven M. Weinberg, an attorney admitted to practice in the ______________ District of Arizona, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Walls Industries, Inc. in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature: [signature] Date: 10-12-01

Minnesota Attorney License Number: 284865

Law firm Name and Address: Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070 Fax: (612) 288-9696

**Affidavit of Proposed Admittee**

I, Steven M. Weinberg, am currently a member in good standing of the U.S. District Court for the __________ District of Arizona, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Steven M. Weinberg — Type/Print Name
[signature] — Signature
10-09-01 — Date

Attorney License Number: 016817

Law Firm Name and Address: Weinberg Cummerford Legal Group
2390 East Camelback Road, Suite 250
Phoenix, AZ 85016
Telephone: (602) 381-7721 Fax: (602) 381-7772

Case Number: 01-1604 RHK/JMM

Judges Assigned: Honorable Richard H. Kyle
Honorable John M. Mason

Case Title: Robinson Labs, Inc. v. Walls Industries, Inc.

Motion Granted: [signature]
For the Court, Francis E. Dosal, Clerk

OCT 15 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled matter.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

12/97

OCT 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK