UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robinson Labs, Inc., a Minnesota corporation,

Plaintiff,

Civil No. 01-1604 (RHK/JMM)

vs.

**ORDER**

Walls Industries, Inc., a Texas corporation,

Defendant.

---

Plaintiff has appealed from Magistrate Judge John M. Mason's October 16, 2001 Order in which he granted Defendant's motion for expedited discovery and to reschedule a hearing on plaintiff's pending motion for a temporary injunction. Judge Mason also imposed sanctions against Plaintiff in the amount of $250.

Finding that the Order appealed from (Doc. No. 15) is neither clearly erroneous nor contrary to law, it is **AFFIRMED**. In the same appeal, Plaintiff seeks a trial date before the Court on the issue of liability, pursuant to Rule 65(a)(2). The Court is of the view that the latter request is not properly before it. Plaintiff may, of course, serve and file an appropriate motion for said relief.

Dated: October 31, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK