UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robinson Labs, Inc., a Minnesota corporation,

Plaintiff,

Civil No. 01-1604 (RHK/JMM)

vs.

**ORDER**

Walls Industries, Inc., a Texas corporation,

Defendant.

---

Plaintiff's Motion for Preliminary Injunction is referred to Magistrate Judge John M. Mason for a recommended disposition. The December 19, 2001 hearing before the undersigned is **CANCELED** and Judge Mason will advise the parties of a new hearing date.

Dated: November 29, 2001

RICHARD H. KYLE
United States District Judge

NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK