UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBINSON LABS, INC.,

Plaintiff,

v.

WALLS INDUSTRIES, INC.,

Defendant.

CIVIL NO. 01-1604 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on December 17, 2001 upon Defendant's Motion to Compel Deposition Testimony and for Sanctions [Docket Nos. 34, 40]. James Patterson, Esq. appeared on behalf of Plaintiff; Michael Florey, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Compel Deposition Testimony and for Sanctions [Docket Nos. 34, 40] is granted in part. The witness shall answer the following questions at the resumption of his deposition:

| Page | Line | Page | Line |
|---|---|---|---|
| 13 | 8, 20 | 20 | 9 |
| 15 | 1 | 21 | 16, 22 |
| 16 | 25 | 22 | 7, 13 |
| 18 | 17 | 23 | 1 |

The objections to said questions are overruled. The Motion is denied in all other respects.

Dated: December 18, 2001

JOHN M. MASON
United States Magistrate Judge

DEC 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK