UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robinson Labs, Inc.,

Plaintiff,

v.

Walls Industries, Inc.,

Defendant.

Civil Action No. 01-1604 RHK/JMM

**~~[PROPOSED]~~ ORDER**

This matter came on before the undersigned on the motion of Defendant Walls Industries, Inc. for leave to amend its Answer and Counterclaim to add additional counterclaims and defenses on January 4, 2002. Based on the submissions of the parties, the fact that the motion was uncontested, and the entire record of this case, IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED. Defendant may serve and file its Amended Answer and Counterclaims in the form attached to Defendant Walls Industries, Inc.'s Notice of Motion and Motion for Leave to Amend.

2. The Scheduling Order in this case will not be altered as a result of the filing of Defendant's Amended Answer and Counterclaims.

3. Plaintiff may not file an Amended Complaint without leave of Court.

**IT IS SO ORDERED.**

Dated: 1/8/02

John M. Mason
United States Magistrate Judge

JAN 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK