UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBINSON LABS, INC.,

Plaintiff,

v.

WALLS INDUSTRIES, INC.,

Defendant.

CIVIL NO. 01-1604 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated February 6, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for a Preliminary Injunction [Docket No. 2] is denied.

Dated: 2/28/02

RICHARD H. KYLE
United States District Judge

FEB 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK