UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBINSON LABS, INC.,

Court File No. 01-CV-1604 RHK/JMM

Plaintiff,

vs.

WALLS INDUSTRIES, INC.,

Defendant.

**[[redacted]] ORDER**

Pursuant to the Joint Motion submitted by the parties, **IT IS ORDERED** that the briefing schedule for the May 23, 2002 claim construction hearing in the above-referenced matter, is as follows:

1. On or before **April 11, 2002**, Plaintiff shall file with the Court and serve on Defendant its initial claim construction brief. Plaintiff shall identify any claim terms or phrases from the '835 Patent, which it wants the Court to construe, and propose definitions for any such identified terms or phrases.

2. On or before **May 2, 2002**, Defendant shall file with the Court and serve on Plaintiff its responsive brief regarding claim construction. Defendant shall identify any additional claim terms or phrases from the '835 Patent, which it wants the Court to construe, and propose definitions for any such identified terms or phrases. Defendant shall also state its agreement or disagreement with the proposed definitions of the terms or phrases initially identified by Plaintiff, proposing alternative definitions, as necessary.

3. On or before **May 9, 2002**, Plaintiff shall file with the Court and serve on Defendant its reply brief regarding claim construction. Plaintiff shall state its agreement or

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

disagreement with the proposed definitions of the terms or phrases identified by Defendant, proposing alternative definitions, as necessary.

4. The parties' attention is specifically directed to the provision of this Order that briefs be filed with the Court contemporaneously with service, which departs from the bundling requirements of Local Rule 7.1(b).

Dated: 4/1/02

Richard H. Kyle
United States District Judge