**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBINSON LABS INC., a
Minnesota corporation,

Plaintiff,

vs. CV 01-1604 RHK/JMM

WALLS INDUSTRIES INC., a Texas
corporation,

et al

Defendant.

**CANCELLATION OF HEARING**

The Claim Construction Hearing scheduled for Thursday,May 23, 2002, at 8:00 AM, before Judge Richard H. Kyle has been cancelled. Counsel will be notified of the new date and time by the Court.

May 16, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 16 2002
Richard D. Sletten,Clerk

By: