**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robinson Labs, Inc.,

Plaintiff,

v.

Walls Industries, Inc., et al,

Defendant.

01cv1604 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Plaintiff's Motion for Claim Construction** on Tuesday, July 16, 2002 at 9:30 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

( Parties to submit in writing by July 11, 2002, the names of any witnesses they plan to call and the subject matter of their testimony.)

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUN 27 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______