**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBINSON LABS, INC.,
a Minnesota corporation,

Plaintiff,

v.

WALLS INDUSTRIES, INC.,
a Delaware corporation,

Defendant.

Civil Action No. 01-1604 JEL/JGL

**ORDER**

The parties' stipulated motion for the extension of the discovery period for limited matters is hereby **GRANTED**.

Accordingly, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3(a), the discovery period is extended to and including September 30, 2002 for the limited matters set forth in the Stipulated Motion.

Dated: Aug 29, 2002

Honorable Jonathan G. Lebedoff
Magistrate Judge, U.S. District Court

FILED AUG 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robinson Labs, Inc.,<br>Plaintiff,<br>v.<br>Walls Industries, Inc.,<br>Defendant. | Civil Action No. 01-1604 JEL/JGL |

**STIPULATED MOTION FOR THE EXTENSION OF THE DISCOVERY PERIOD FOR LIMITED MATTERS**

Upon stipulation of the parties, it is required that the discovery period in this proceeding be extended as noted below for the following limited matters: (1) the deposition of Scott Shultz; (2) the Rule 30(b)(6) deposition of Robinson Labs, Inc.; and (3) the deposition and document production of Shelter-Pro, L.L.C. The reason for the extension is that the parties need time to conduct these additional depositions and to allow Shelter-Pro, L.L.C. additional time to produce documents.

On August 27, 2002, counsel for Plaintiff, Eric H. Chadwick and counsel for Defendant, Michael E. Florey, agreed to this stipulation. This extension is not for the purpose of mere delay, but is necessary for the good cause indicated above and will not affect other deadlines in this case.

Accordingly, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3(a), the parties request that the discovery period be extended to and including September 30, 2002 or the limited matters stated above.

Respectfully submitted,

Dated at Minneapolis, Minnesota this 28th day of August, 2002.

**ATTORNEYS FOR PLAINTIFF**

By ______________________

Randall T. Skaar (#165,013)
Eric H. Chadwick (#248,769)
**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

Dated at Minneapolis, Minnesota this 28th day of August, 2002

**ATTORNEYS FOR DEFENDANT**

By ______________________

Michael E. Florey
Ann N. Cathcart Chaplin
**FISH & RICHARDSON P.C., P.A.**
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Of Counsel:
Steven M. Weinberg (Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100