UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
File No. 01-CV-1604 (JEL/JGL)

ROBINSON LABS, INC.,

Plaintiff

v. ORDER

WALLS INDUSTRIES, INC.,

Defendant.

---

Eric Chadwick, Esq., and Randall Skaar, Esq., appeared for Plaintiff Robinson Labs, Inc.

Michael Florey, Esq., and Ann Cathcart Chaplin, Esq. appeared for Defendant Walls Industries, Inc.

---

THIS MATTER came before the undersigned Judge of the District Court on July 16, 2002, for a hearing on Plaintiff's motion for claim construction pursuant to Markman v. Westview Instruments, Inc., 52 F.3d 967 (Fed. Cir. 1995). On August 2, 2002, the Court issued an order construing the claim terms.

IT IS HEREBY ORDERED THAT:

1. The Court's Order of August 2, 2002 is VACATED so that the Court may consider the parties' post-hearing submissions [Docket No. 104].

Dated: Sept 6, 2002

JOAN E. LANCASTER
United States District Judge

SEP 06 2002
SLETTEN, CLERK
ENTERED
CLERK'S INITIALS