UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1604 (JEL/JGL)

ROBINSON LABS, INC.,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

WALLS INDUSTRIES, INC.,

Defendant.

Judge Joan E. Lancaster has referred the above matter to me for purposes of conducting a settlement conference. This settlement conference has been scheduled for **Thursday, October 10, 2002, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM.**

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five business days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: September 13, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK