UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robinson Labs, Inc.,<br>Plaintiff,<br>v.<br>Walls Industries, Inc.,<br>Defendant. | Civil Action No. 01-1604 JEL/JGL |

**ORDER**

The parties' stipulated motion for the extension of the discovery period for limited matters is hereby **GRANTED.**

Accordingly, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3(a), (1) fact discovery is extended to October 31, 2002 for the limited purpose of taking (a) the deposition of Scott Shultz, (b) the Rule 30(b)(6) deposition of Robinson Labs, Inc., and (c) the deposition and document production of Shelter-Pro, L.L.C; (2) production of initial expert reports must be done on or before November 1, 2002; (3) production of rebuttal expert reports must be done on or before December 1, 2002; (4) production of any expert reply reports to the rebuttal reports must be done on or before December 16, 2002; and (5) expert discovery closes on January 1, 2003.

Dated: Oct. 7, 2002

Honorable Jonathan G. Lebedoff
Chief Magistrate Judge, U.S. District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK