UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

Robinson Labs, Inc.,

Plaintiff,

v.

Walls Industries, Inc.,

Defendant.

Civil Action No. 01-1604 JEL/JGL

**ORDER**

The parties' stipulated motion for the extension of the discovery period for one limited matter is hereby **GRANTED.**

Accordingly, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3(a), the parties are allowed to take the deposition of third party Shelter-Pro, L.L.C on November 7, 2002 and have the remainder of the subpoenaed items produced by Shelter-Pro, L.L.C. on that date.

Dated: Nov 7, 2002

Honorable Jonathan G. Lebedoff
Chief Magistrate Judge, U.S. District Court

60112208.doc

FILED NOV 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK