**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBINSON LABS, INC.,
a Minnesota corporation,

Plaintiff,

v.

WALLS INDUSTRIES, INC.,
a Delaware corporation,

Defendant.

Civil Action No. 01-1604 JEL/JGL

**STIPULATED MOTION AND ORDER FOR THE EXTENSION OF THE EXPERT DISCOVERY PERIOD**

Upon stipulation of the parties, it is requested that the expert discovery period in this proceeding be extended as noted below for the following limited matters: (1) the deposition of Douglas McDonald; and (2) the deposition of Melissa Snelson. The reason for the extension is that the parties need time to conduct these additional depositions.

On December 9, 2002, counsel for Plaintiff, Aaron W. Davis, and counsel for Defendant, Ann N. Cathcart Chaplin, agreed to this stipulation. This extension is not for the purpose of mere delay, but is necessary for the good cause indicated above and will not affect the other deadlines in this case.

Accordingly, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3(a), the parties request that the expert discovery period be extended to and including January 17, 2003 for the limited matters stated above.

FILED DEC 1 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

Respectfully submitted,

Dated at Minneapolis, Minnesota this 13th day of December, 2002.

**ATTORNEYS FOR PLAINTIFF**

By ____________________

Randall T. Skaar (#165,013)
Eric H. Chadwick (#248,769)
Aaron W. Davis (#318,255)
**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

Dated at Minneapolis, Minnesota this 16th day of December, 2002.

**ATTORNEYS FOR DEFENDANT**

By ____________________

Michael E. Florey
Ann N. Cathcart Chaplin
**FISH & RICHARDSON P.C., P.A.**
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Of Counsel:
Steven M. Weinberg (Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

**ORDER**

The parties' stipulated motion for the extension of the expert discovery period for limited matters is hereby **GRANTED**.

Accordingly, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3(a), the expert discovery period is extended to and including January 17, 2003 for the limited matters set forth in the Stipulated Motion.

Dated:____________________ ______________________________
Honorable Jonathan G. Lebedoff
Magistrate Judge, U.S. District Court

100880

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2002 a true and correct copy of the foregoing **Stipulated Motion and Order for the Extension of the Expert Discovery Period** was served as follows:

Aaron W. Davis, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

(Via Messenger)

Margaret L. Anderson

60079099.doc