UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robinson Labs, Inc.,

Plaintiff,

v. Civ. No. 01-1604 (JEL/JGL)
ORDER

Walls Industries, Inc.,

Defendant.

This matter is before the Court on two motions by Plaintiff Robinson Labs, Inc.: (1) a Motion for Denial of Defendant's Motion for Summary Judgment as Untimely; and (2) a Motion for Extension of Time to Oppose Defendant's Motion for Summary Judgment. Based on the Court's review of the parties' submissions, IT IS ORDERED THAT:

1. Plaintiff's Motion for Denial of Defendant's Motion for Summary Judgment as Untimely [Docket No. 123] is DENIED.

2. Plaintiff's Motion for Extension of Time to Oppose Defendant's Motion for Summary Judgment is GRANTED.

3. Plaintiff shall deliver its memorandum of law, affidavits, and exhibits in opposition to Defendant's Motion for Summary Judgment to opposing counsel by March 18, 2003.

Dated: February 25, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

FEB 25 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK