UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robinson Labs, Inc.,

Plaintiff,

v.

Civ. No. 01-1604 (JNE/JGL)
ORDER

Walls Industries, Inc.,

Defendant.

This matter comes before the Court on Plaintiff's motion to strike the last two pages of Defendant's Reply Memorandum and the Declaration of Michael E. Florey, or, in the alternative, for leave to file a five-page surreply memorandum. Based on a review of the parties' submissions, IT IS ORDERED THAT:

1. Plaintiff's motion to strike the last two pages of Defendant's Reply Memorandum and the Declaration of Michael E. Florey [Docket No. 142] is DENIED.

2. Plaintiff's motion for leave to file a five-page surreply memorandum [Docket No. 142] is GRANTED.

Dated: April 3, 2003

JOAN N. ERICKSEN
United States District Judge

APR 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS