AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Robinson Labs, Inc.

V.

Walls Industries, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1604 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Walls' motion for summary judgment is granted.

September 30, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk