UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robinson Labs, Inc.,<br>Plaintiff,<br>v.<br>Walls Industries, Inc.,<br>Defendant. | Civil Action No. 01-1604 JNE/JGL |

**STIPULATION REGARDING FINAL JUDGMENT, WAIVER OF APPEAL, AND PARTIAL DISMISSAL AND [PROPOSED] ORDER**

On September 30, 2003, this Court granted Defendant's Motion for Summary Judgment. This resolved the Plaintiff's patent infringement claim and the Defendant's counterclaim for a declaratory judgment of invalidity, in that the Court held that United States Patent No. 5,695,835 is invalid.

Count 2 of Defendant's counterclaim, for unreasonable restraint of trade, remains in the case. The remaining portions of Count 1 of Defendant's declaratory judgment counterclaim, seeking a declaration of noninfringement and unenforceability, are now moot.

The parties have conferred and agreed that (1) Defendant will dismiss with prejudice Count 2 of Defendant's counterclaim for unreasonable restraint of trade, (2) Plaintiff waives its right to appeal any aspect of this case, (3) the parties will each bear their own costs and fees, (4) the remaining portions of count 1 of Defendant's declaratory judgment counterclaim, seeking a declaration of noninfringement and unenforceability, are now moot, (5) the Court has held U.S. Patent No. 5,695,835 invalid, and (6) that final judgment should be entered accordingly.

NOV 1 9 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS fm

152

Respectfully submitted,

Dated: November 18, 2003

**ATTORNEYS FOR PLAINTIFF**

By [signature]

Randall T. Skaar (#165,013)
Eric H. Chadwick (#248,769)
**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

Dated: November 18, 2003

**ATTORNEYS FOR DEFENDANT**

By [signature]

Michael E. Florey
Ann N. Cathcart Chaplin
**FISH & RICHARDSON P.C., P.A.**
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Of Counsel:
Steven M. Weinberg (Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robinson Labs, Inc.,<br>Plaintiff,<br>v.<br>Walls Industries, Inc.,<br>Defendant. | Civil Action No. 01-1604 JNE/JGL |

**[PROPOSED] ORDER**

Upon stipulation of the parties and the record of this case, IT IS HEREBY ORDERED THAT: (1) Count 2 of Defendant's counterclaim for unreasonable restraint of trade is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), (2) the Plaintiff has waived its right to appeal any aspect of this case, (3) the parties will each bear their own costs and fees, (4) the portions of count 1 of Defendant's declaratory judgment counterclaim seeking a declaration of noninfringement and unenforceability are now moot, and (5) United States Patent No. 5,695,835 is invalid. LET JUDGMENT BE ENTERED ACCORDINGLY.

**SO ORDERED** this 19th day of November, 2003.

United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2003 the true and correct copy of the foregoing was served as follows:

Randall T. Skaar, Esq.
James H. Patterson
Eric H. Chadwick
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

Attorneys for Plaintiffs
Robinson Labs, Inc.

(VIA MESSENGER)

Margaret Leary Anderson

Margaret Leary Anderson

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.